UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITZIA G. JIMENEZ,<br><br>       Plaintiff,<br><br> -against-<br><br>CATHOLIC SCHOOLS IN THE ARCHDIOCESE OF NEW YORK,<br><br>       Defendants. | 24-CV-0077 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 6, 2024
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge